In the Matter of the Estate of FLORENCE D. S. ROSE, Deceased. HAROLD J. SULLIVAN, as Executor of FLORENCE D. S. ROSE, Deceased, Appellant; JOSEPH A. ROSE, Respondent.—

Present — Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ.